UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

In Re: METLIFE DEMUTUALIZATION
      LITIGATION

MEMORANDUM
AND
ORDER

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X    00-CV-2258 (TCP)(AKT)

PLATT, District Judge.

      Pursuant to 28 U.S.C. §1292(b) this Court is of the opinion that the following Order involves a controlling question of law as to which there are substantial grounds for difference of opinion and that immediate appeal may materially advance the ultimate termination of this litigation.

      Plaintiffs' motion to disqualify Debevoise & Plimpton from representing MetLife in the above-captioned action is hereby GRANTED.

      The Court hereby certifies the following question for appeal:

> Should Debevoise & Plimpton be disqualified from representing MetLife in this case based on a conflict of interest. For a discussion of the causes of action in this matter, see *In Re*: *MetLife Demutualization Litigation*, 156 F. Supp. 2d 254, 258, et seq.

      SO ORDERED.

                                         _____
                                         United States District Judge

Dated: Central Islip, New York
       September 1, 2009