UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In Re:

METLIFE DEMUTUALIZATION LITIGATION

-----------------------------------------------------------------x

Civil Action No.
00 CV 2258 (JBW)

## OBJECTOR STEVEN WALDMAN'S MOTION FOR A JOINT AWARD OF ATTORNEYS' FEES TO COUNSEL

Upon the Declarations of Roy L. Jacobs and Laurence D. Paskowitz sworn to January 21, 2010, the Memorandum of Law in support and the pleadings and the other papers filed in this action, Objector will appear before the United States District Court for the Eastern District of New York at a continuation of the Joint Settlement Hearing to be held on February 9, 2010 at 11:30 at the New York County Courthouse, 60 Centre Street, Room 228 for an order seeking counsel fees in the amount of $42,816.00 to be jointly paid to Roy Jacobs & Associates and Paskowitz & Associates for their efforts in improving the Settlement as set forth in detail in the Memorandum of Law accompanying this motion.

Pursuant to the Court's Order, any opposition to this Motion must be filed no later than February 5, 2010.

Dated: January 21, 2010

Respectfully submitted,

ROY JACOBS & ASSOCIATES

By: _____
Roy L. Jacobs

(A Member of the Bar of this Court)
60 East 42nd Street
46th Floor
New York, NY 10165
212-867-1156
212-504-8343 (Fax)
rjacobs@jacobsclasslaw.com

and

**PASKOWITZ & ASSOCIATES**
60 East 42nd Street
46th Floor
New York, NY 10165
212-685-0969
212-685-2306 (Fax)
lpaskowitz@pasklaw.com

*Attorneys for Objector Steven Waldman*